AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\* DISTRICT OF NEVADA

RICHARD W. MARTIN,

    Petitioner,

V.

ISIDRO BACA, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:15-cv-00036-RCJ-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the habeas petition is **DISMISSED**.
**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

  May 22, 2017                                        **DEBRA K. KEMPI**
                                                                                                Clerk

                                                                                   /s/ D. R. Morgan
                                                                                     Deputy Clerk